UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-145-3FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| REYNARD HAYWOOD, | ) | |
| Defendant | ) | |

THIS MATTER coming on before the undersigned upon a Motion filed by the Defendant requesting this court to issue an order for mental examination of the Defendant pursuant to 18 U.S.C. § 4241. The court finds that the Defendant's capacity has been questioned by proper motion.

THEREFORE, the Court ORDERS that the Defendant's request to be examined for capacity to proceed pursuant to § 4241 is allowed. The Court will continue this case pending the completion of an evaluation report. In the meantime, the Court recommends that the Defendant be sent to FCI Butner for mental examination and, if necessary, the appropriate medication.

SO ORDERED this 2nd day of May, 2018.

LOUISE W. FLANAGAN
United States District Judge