UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-145-FL-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| REYNARD HAYWOOD | ) | |

Upon joint motion of the United States and the Defendant, it is hereby ORDERED that Docket Entry Number 145 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of this Order to the United States Attorney's Office and the Defendant.

This /O day of May 2019.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

1